

# 353RD DISTRICT COURT

**TIM SULAK**
Judge
(512) 854-9380

**MEGAN HONEY**
Staff Attorney
(512) 854-4281

**PAMELA SEGER**
Court Operations Officer
(512) 854-9179

HEMAN MARION SWEATT TRAVIS COUNTY COURTHOUSE
P. O. BOX 1748
AUSTIN, TEXAS 78767
FAX (512) 854-9332

**RHONDA WATSON**
Official Court Reporter
(512) 854-9356

**ELIZABETH GARCIA**
Court Clerk
(512) 854-5852

February 2, 2015

Christopher Knowles, Deputy Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:   Court of Appeals Number:   03-15-00071-CV
      Trial Court Cause Number:   D-1-GN-14-001293

Style:   Becky, Ltd.
         v. Milestone Community Builders, LLC, The City of Cedar Park, et al.

Dear Mr. Knowles:

There was not a reporter's record taken by me in the above-referenced matter.

Thank you for your kind attention.

Sincerely,


/s/ Rhonda Watson

Rhonda Watson
Official Court Reporter